UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SOUTHERN MARSH COLLECTION, LLC

VERSUS

C.J. PRINTING , INC.

CIVIL ACTION

NO. 14-495-JJB

## **J U D G M E N T**

For reasons assigned in the record;

IT IS ORDERED, ADJUDGED AND DECREED, that judgment be entered in favor of defendant dismissing the claims against defendant for lack of in personam jurisdiction.

Baton Rouge, Louisiana, March 13, 2015.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

JURY